United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, as Subrogee of ALLEN LUND COMPANY LLC            Plaintiff, | § § § § | |
| V. | § § | C.A. No.4:23cv-3757 |
| BALDEV TRANSPORT, INC.                           Defendant. | § § § § | |

## DEFAULT JUDGMENT

On this day the Court considered Plaintiff Federal Insurance Company's, as subrogee of Allen Lund Company, LLC. (hereafter also called "Plaintiff"), Motion for Default judgment in the above-entitled and numbered cause. Defendant BALDEV TRANSPORT, INC, although duly and legally cited to appear and answer, has failed to appear and answer and has wholly made default.

Citation was served according to law and returned to the Clerk where it remained on file for the time required by law. The Court has read the pleadings and the papers on file, and is of the opinion that: (1) the allegations of Plaintiff's Complaint have been admitted; (2) Plaintiff's cause of action is proven by the Affidavit of Dana K. Martin, and (3)  Plaintiff's Motion for Default Judgment is meritorious, and in all respects proper. Therefore, the Motion for Default Judgment should be **GRANTED.**

It is therefore **ORDERED, ADJUDGED AND DECREED** that Plaintiff, Federal Insurance Company, as subrogee of Allen Lund Company, LLC., ("Plaintiff") is hereby awarded judgment against BALDEV TRANSPORT, INC, for the amount of $,283,872.98, and pre-judgment and post-judgment interest at the judgement rate on the date of the judgment from the date the judgment is signed until the judgment is paid in full.

It is FURTHER **ORDERED, ADJUDGED AND DECREED** that Plaintiff is also awarded all costs of court.

It is FURTHER **ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have all writs and processes necessary to execute this Order. This is a final judgment disposing of all issues and all parties. All relief not expressly granted against BALDEV TRANSPORT, Inc. is denied.

SIGNED this  21st  day of _____May_____, 2025.

_George C. Hanks Jr_
U.S. DISTRICT JUDGE